## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 1:21-cv-140 ) TSE-MSN |
| MCREYNOLDS PROCESS PIPING AND PLUMBING, LLC, | ) ) ) |
| Defendant. | ) ) |

### REQUEST FOR ENTRY OF DEFAULT PURSUANT TO F.R.C.P 55(a)

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs, through undersigned counsel, hereby request the Clerk to enter default in the above-captioned case. Defendant McReynolds Process Piping and Plumbing, LLC has failed to plead or otherwise defend the Complaint filed on February 8, 2021 (Docket #1). The Summons was issued on February 9, 2021 (Docket #4). The Complaint and Summons were served on April 14, 2021 (Docket #5), as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of John R. Harney, Esquire.

A proposed Entry of Default is attached.

Respectfully submitted,

Date:  July 20, 2021                    By:_____/s/_____
                                        John R. Harney, Bar No. 41520
                                        Counsel for Plaintiff Funds
                                        O'Donoghue & O'Donoghue LLP
                                        5301 Wisconsin Ave., NW, Suite 800
                                        Washington, DC 20015
                                        Telephone No.: (202)362-0041
                                        Facsimile No.: (202)362-2640
                                        jharney@odonoghuelaw.com

By:   /s/
      Jacob Szewczyk, Bar No. 89617
      Counsel for Plaintiff Funds
      O'Donoghue & O'Donoghue LLP
      5301 Wisconsin Ave., NW, Suite 800
      Washington, DC 20015
      Telephone No.:(202)362-0041
      Facsimile No.:(202)362-2640
      Jszewczyk@odonoghuelaw.com

813202v1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, </br></br>Plaintiffs,</br></br>v.</br></br>MCREYNOLDS PROCESS PIPING AND PLUMBING, LLC,</br></br>Defendant. | )</br>)</br>)</br>)</br>)</br>) CIVIL ACTION NO. 1:21-cv-140</br>)                         TSE-MSN</br>)</br>)</br>)</br>)</br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of July, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

No parties other than the Plaintiffs counsel registered.

And I hereby certify that I have mailed the document by U.S. Mail, postage prepaid to the following non-filing users:

    James D. McReynolds, Member & Registered Agent
    McReynolds Process Piping and Plumbing LLC
    8155 Old Buffalo Road
    Gracey, KY  42232

                                                             /s/
                                          John R. Harney, Bar No. 41520
                                          Counsel for Plaintiff Funds
                                          O'Donoghue & O'Donoghue LLP
                                          5301 Wisconsin Ave., NW, Suite 800
                                          Washington, DC 20015
                                          Telephone No.: (202) 362-0041
                                          Facsimile No.:    (202) 362-2640
                                          jharney@odonoghuelaw.com

813202v1