UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 1:21-cv-140 ) TSE-MSN |
| MCREYNOLDS PROCESS PIPING AND PLUMBING, LLC, | ) ) ) |
| Defendant. | ) ) |

**ENTRY OF DEFAULT**

It appearing from the records and the Declaration of John R. Harney, counsel of record for Plaintiffs, the Clerk of this Court does hereby enter default of McReynolds Process Piping and Plumbing, LLC for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

Fernando Galindo, Clerk

Dated: _____    By:_____
                                    Deputy Clerk

cc:   John R. Harney, Esq.
      Jacob Szewczyk, Esq.
      O'Donoghue & O'Donoghue LLP
      5301 Wisconsin Avenue, N.W., Suite 800
      Washington, DC  20015

      James D. McReynolds, Member & Registered Agent
      McReynolds Process Piping and Plumbing LLC
      8155 Old Buffalo Road
      Gracey, KY  42232

813202v1