IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Trustees of the Plumbers and Pipefitters National Pension Fund<br>        Plaintiff<br><br>v.<br>McReynolds Process Piping and Plumbing, LLC<br>        Defendant | CIVIL ACTION NO. 1:21cv140 |

## ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and the declaration of John R. Harney, counsel of record for plaintiff, the Clerk of this Court does hereby enter the default of defendant McReynolds Process Piping and Plumbing, LLC for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

                                  FERNANDO GALINDO
                                  CLERK OF COURT

                                  By: _____/s/_____
                                         Kathy Lau
                                         DEPUTY CLERK

Dated: 7/21/21