IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, | ) ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:21-cv-140 |
| MCREYNOLDS PROCESS PIPING AND PLUMBING, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

It appears from a review of the record that Defendant McReynolds Process Piping and Plumbing, LLC is in default in this matter.

Accordingly, for good cause,

It is hereby **ORDERED** that plaintiff immediately seek an entry of default from the Clerk of the Court pursuant to Rule 55(a), Fed. R. Civ. P.

It is further **ORDERED** that, promptly after obtaining the entry of default, plaintiff is **DIRECTED** to file a motion for default judgment and an accompanying memorandum setting forth the factual and legal support for the following findings: (i) that this Court has subject matter and personal jurisdiction, including how the defaulting defendant was served and why that service was proper; (ii) that the complaint alleges facts establishing all of the necessary elements of one or more claims on which relief can be granted; and (iii) that plaintiff is entitled to the damages and any other relief sought, with specific references to affidavits, declarations, or other evidence supporting such relief.

1

It is further **ORDERED** that plaintiff file a notice setting the hearing of the motion for default judgment for **10:00 a.m. on Friday, August 27, 2021**, before the magistrate judge to whom this action is referred, and mail copies of the notice, motion, and memorandum to the defaulting defendant at the defendant's last known addresses, certifying the same to the Court.

It is further **ORDERED** that this matter is **REFERRED** to the assigned magistrate judge pursuant to 28 U.S.C. § 636 for all further default proceedings and for preparation of a prompt report and recommendation.

The Clerk is directed to forward a copy of this Order to counsel of record and to defendant at defendant's last known address.

Alexandria, Virginia
July 21, 2021

/s/
T. S. Ellis, III
United States District Judge