IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>MCREYNOLDS PROCESS PIPING AND PLUMBING, LLC,<br><br>Defendant. | Civil Action No. 1:21-cv-140 |

ORDER

On August 27, 2021, United States Magistrate Judge Michael S. Nachmanoff entered the Report and Recommendation (the "Report") in this case, recommending that default judgment be entered in favor of Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund and against Defendant McReynolds Process Piping and Plumbing, LLC.

Upon consideration of the record and Judge Nachmanoff's Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Dkt. 15).

Accordingly,

It is hereby **ORDERED** that plaintiff's motion for default judgment (Dkt. 10) is

---

[1] See Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

1

GRANTED.

It is further **ORDERED** that **DEFAULT JUDGMENT** be entered in favor of Plaintiff and against Defendant.

It is further **ORDERED** that default judgment is entered against Defendant and in favor of Plaintiff in an amount of $20,393.38, which consists of (i) $14,782.04 in unpaid contributions; (ii) $1,934.85 in interest; (iii) $1,478.20 in liquidated damages; (iv) $1,470.00 in attorney's fees; and (v) $728.29 in costs.

The Clerk of the Court is directed to enter Rule 58 judgment against Defendant and in favor of Plaintiff i in an amount of $20,393.38, which consists of (i) $14,782.04 in unpaid contributions; (ii) $1,934.85 in interest; (iii) $1,478.20 in liquidated damages; (iv) $1,470.00 in attorney's fees; and (v) $728.29 in costs.

The Clerk is further directed to provide a copy of this Order to all counsel of record, to Defendant's last known addresses of record, and to place this matter among the ended causes.

Alexandria, Virginia
September 14, 2021

/s/
T. S. Ellis, III
United States District Judge